# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **ERICA L. BAKER,** | ) | |
| Plaintiff, | ) ) ) | Case No. 2:22CV00010 |
| v. | ) ) ) | **ORDER** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) ) ) | Judge James P. Jones |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed July 21, 2023, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Plaintiff's Motion for Summary Judgment is DENIED; and

3. The Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER: August 10, 2023

/s/  James P. Jones
Senior United States District Judge