# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **ERICA L. BAKER,** | )<br>) |
| Plaintiff, | ) Case No. 2:22CV00010<br>) |
| v. | ) **JUDGMENT**<br>) |
| **KILOLO KIJAKAZI,**<br>**ACTING COMMISSIONER**<br>**OF SOCIAL SECURITY,** | ) J<small>UDGE</small> J<small>AMES</small> P. J<small>ONES</small><br>)<br>)<br>) |
| Defendant. | ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: August 10, 2023

/s/  J<small>AMES</small> P. J<small>ONES</small>
Senior United States District Judge